UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SEAN M. DUDLEY, | Civil No. 3:25-cv-01089-AR |
| Plaintiff, | |
| vs. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION | ORDER AND JUDGMENT FOR REMAND |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the ALJ to reevaluate the medical evidence of record, including the assessments of Drs. Arnold and Fishman, in accordance with Social Security Ruling 18-1p, which instructs that the date a claimant first meets the statutory definition of disability may predate the claimant's earliest recorded medical examination or the date of the claimant's earliest medical records; determine whether Plaintiff had a medically determinable impairment prior to the date he attained age 22; offer Plaintiff the opportunity for another hearing; take any further action needed to complete the administrative record; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED this 1st day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

SCOTT E. BRADFORD
United States Attorney

SUSANNE LUSE
Assistant U.S. Attorney

s/ *Sathya Oum*
_____
Sathya Oum
Special Assistant United States Attorney
Attorneys for Defendant
(510) 970-4846

Page 2    ORDER AND JUDGMENT