Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
E-mail: ssell@tcnf.legal
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SEAN M. DUDLEY,<br><br>                    Plaintiff,<br><br>      v.<br><br>COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br>                    Defendant. | Case No.: 3:25-cv-01089-AR<br><br><br>ORDER GRANTING MOTION<br>FOR ATTORNEY FEES<br>UNDER 28 U.S.C. § 2412 |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $4,199.98 will be awarded to Plaintiff in care of his attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his attorney, Scott A. Sell, at Mr. Sell's address:  820 SW 2nd Ave., Suite 200, Portland, OR 97204.  There are no costs or expenses.

Dated this 4th day of June, 2026.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Attorney for Plaintiff